[No. 74448-8-I.   Division One.   May 15, 2017.]

Lexine Otey, *Individually and on behalf of a Class of Similarly Situated Insureds, Appellant*, v. Group Health Cooperative, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-22264-3, Bruce E. Heller, J., entered December 4, 2015. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Becker, J.

[No. 74654-5-I.   Division One.   May 15, 2017.]

Milton Long, *Individually and as Personal Representative, Respondent*, v. PeaceHealth, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 14-2-01483-6, Matthew S. Elich, J. Pro Tem., entered January 12, 2016. *Reversed* and *remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Cox and Spearman, JJ.

[No. 75048-8-I.   Division One.   May 15, 2017.]

The State of Washington, *Respondent*, v. Jerry Dean Smith, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-00024-8, Veronica Alicea Galván, J., entered April 8, 2016. *Dismissed* by unpublished per curiam opinion.

[No. 47559-6-II.   Division Two.   May 16, 2017.]

The State of Washington, *Respondent*, v. Kenneth S. McMillian, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 13-1-00492-5, Toni A. Sheldon, J., entered April 30, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Worswick and Johanson, JJ.